SD Ia-300 (11/02)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Chapter 7 |
| VARNER, VERNON PAUL ) | Case No.09-03857 LMJ |
| VARNER, LYNDA TOPP ) | |
| ) | **APPLICATION FOR APPROVAL OF EMPLOYMENT** |
| ) | **OF A PROFESSIONAL ON BEHALF OF THE ESTATE** |
| Debtor(s). ) | **AND BAR DATE NOTICE** |

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of a professional is necessary to represent or assist trustee in carrying out the trustee's duties as follows: to prepare tax returns for this estate.

>Larry S. Eide
>Pappajohn, Shriver, Eide & Nielsen PC
>103 E. State Street, Ste. 800
>P O Box 1588
>Mason City, IA 50402-1588
>(641) 423-4264
>ID: 0002317

3. Larry S. Eide, of Pappajohn, Shriver, Eide & Nielsen PC is qualified by reason of practice and experience to render such representation or assistance to the estate as outlined above.

4. The compensation will be as follows: $170 per hour for legal services rendered plus reimbursement for actual and necessary out-of-pocket costs related to said legal service

5. The applicant has disclosed to the undersigned the they have the following connections with the debtor(s), creditors, the United States Trustee for Region 12 or any employee of the United States trustee, or any other parties-in-interest: **None.**

WHEREFORE, applicant prays that the Court approve such employment by the trustee pursuant to the terms and conditions set forth in this motion or in the attached employment contract.

_____
Robert G. Schlegel, Trustee

FEDERAL RULES OF BANKRUPTCY PROCEDURE
RULE 2014(a) VERIFICATION

    I, Larry S. Eide, of Pappajohn, Shriver, Eide & Nielsen P.C., the professional named in the foregoing Application for Approval of Employment of Professional on behalf of the Estate, declare under penalty of perjury that the information regarding me as set forth in the Application is true and correct.

_____
Larry S. Eide (AT0002317)