**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

In re:  VARNER, VERNON PAUL                           § Case No. 09-03857
      VARNER, LYNDA TOPP                              §
                                                 §
Debtor(s)                                                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Robert G. Schlegel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $404,815.00                          Assets Exempt:  $404,815.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,152.90             Claims Discharged
                                                                Without Payment: $956,189.45

Total Expenses of Administration: $2,710.66

---

    3) Total gross receipts of $ 13,863.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,863.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $537,374.03 | $325,644.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,710.66 | 2,710.66 | 2,710.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 108,065.40 | 130,737.11 | 130,737.11 | 11,152.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 772,284.74 | 228,349.74 | 228,349.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,417,724.17 | $687,442.28 | $361,797.51 | $13,863.56 |

4) This case was originally filed under Chapter 7 on August 11, 2009. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2013        By: /s/Robert G. Schlegel
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other contingent claims of every nature | 1149-000 | 12,500.00 |
| coin collection | 1129-000 | 1,362.00 |
| Interest Income | 1270-000 | 1.56 |
| **TOTAL GROSS RECEIPTS** | | **$13,863.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Internal Revenue Service | 4110-000 | 319,150.63 | 325,644.77 | 0.00 | 0.00 |
| NOTFILED | GMAC | 4110-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sovereign Bank | 4110-000 | 214,223.40 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$537,374.03** | **$325,644.77** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert G. Schlegel | 2100-000 | N/A | 2,136.36 | 2,136.36 | 2,136.36 |
| Robert G. Schlegel | 2200-000 | N/A | 114.75 | 114.75 | 114.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 23.97 | 23.97 | 23.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.20 | 28.20 | 28.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.58 | 25.58 | 25.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.17 | 27.17 | 27.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.41 | 25.41 | 25.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.99 | 26.99 | 26.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.84 | 25.84 | 25.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.99 | 26.99 | 26.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.66 | 30.66 | 30.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.88 | 26.88 | 26.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.60 | 29.60 | 29.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.61 | 28.61 | 28.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.79 | 25.79 | 25.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.34 | 30.34 | 30.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.52 | 27.52 | 27.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,710.66 | $2,710.66 | $2,710.66 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Internal Revenue Service | 5800-000 | N/A | 130,737.11 | 130,737.11 | 11,152.90 |
| NOTFILED | Internal Revenue Service Insolvency Section | 5200-000 | 108,065.40 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $108,065.40 | $130,737.11 | $130,737.11 | $11,152.90 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Iowa Department of Revenue | 7100-000 | N/A | 47,159.89 | 47,159.89 | 0.00 |
| 2 | Nagle Lumber Company | 7100-000 | 4,963.40 | 9,586.94 | 9,586.94 | 0.00 |
| 3 | USDE | 7100-000 | 2,676.05 | 2,676.05 | 2,676.05 | 0.00 |
| 4 | Midwest One Bank | 7100-000 | 14,000.00 | 10,866.50 | 10,866.50 | 0.00 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | 21,000.00 | 17,478.37 | 17,478.37 | 0.00 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 4,752.88 | 4,752.88 | 0.00 |
| 7 | Ron Mountsier | 7100-000 | 10,374.54 | 10,226.66 | 10,226.66 | 0.00 |
| 8 | Randy Wessling Construction | 7100-000 | 11,000.00 | 11,050.00 | 11,050.00 | 0.00 |
| 9 | Capital Recovery III LLC | 7100-000 | 8,500.00 | 10,382.88 | 10,382.88 | 0.00 |
| 10 | Capital Recovery III LLC | 7100-000 | 27,500.00 | 23,635.22 | 23,635.22 | 0.00 |
| 11 | American Express Centurion Bank | 7100-000 | 172,080.65 | 77,674.89 | 77,674.89 | 0.00 |
| 12 | American Express Travel Related Services Co Inc | 7100-000 | N/A | 2,859.46 | 2,859.46 | 0.00 |
| NOTFILED | John Gorsch Tree Service | 7100-000 | 2,132.39 | N/A | N/A | 0.00 |
| NOTFILED | Intuit | 7100-000 | 369.94 | N/A | N/A | 0.00 |
| NOTFILED | Greg Geerdes | 7100-000 | 8,299.01 | N/A | N/A | 0.00 |
| NOTFILED | Great American Leasing Corp. c/o Kramer and Assoc. | 7100-000 | 3,372.94 | N/A | N/A | 0.00 |
| NOTFILED | HJ Heating | 7100-000 | 5,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Hawkeye Weld & Repair, Inc. | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Iowa Paint | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Serv | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Omaha C/o Brumbaugh & Quandahl, | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Scott Bartels Construction Company C/o Scott A. Bartels | 7100-000 | 59,202.00 | N/A | N/A | 0.00 |
| NOTFILED | Randy's Carpet and Interiors | 7100-000 | 9,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Selzer-Werderitsch Construction | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Foam Insulation | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Iowa Credit Union | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 572.43 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding (Citibank) C/o Weltman, Weinberg & Reis | 7100-000 | 22,987.38 | N/A | N/A | 0.00 |
| NOTFILED | VSP Engineering | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA Credit Card | 7100-000 | 31,000.00 | N/A | N/A | 0.00 |
| NOTFILED | LVI Funding, LLC | 7100-000 | 27,891.67 | N/A | N/A | 0.00 |
| NOTFILED | N&N Sanitation | 7100-000 | 981.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express C/o Taffe & Asher, LLP | 7100-000 | 78,453.53 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Credit Card C/o Northland Group, Inc. | 7100-000 | 25,500.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank C/o Northland Group | 7100-000 | 25,531.25 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Visa Business Card | 7100-000 | 1,735.02 | N/A | N/A | 0.00 |
| NOTFILED | American Express C/o Litow Law Office, P.C. | 7100-000 | 98,876.77 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Electrical Serv., Inc. | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express C/o Litow Law Office, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aero Rental & Party Shoppe | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank C/o Capital Management Services, L. | 7100-000 | 1,954.77 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$772,284.74** | **$228,349.74** | **$228,349.74** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-03857  
**Case Name:** VARNER, VERNON PAUL  
VARNER, LYNDA TOPP  
**Period Ending:** 04/19/13  

**Trustee:** (350290) Robert G. Schlegel  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/22/09  
**Claims Bar Date:** 11/04/10  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Lot 14 in Brickwood Knoll River, Heights 1st Add  Lot 14 in Brickwood Knoll River, Heights 1st Addition, Johnson County, Iowa, according to the Plat thereof, recorded in Plat Book 9, Page 26, Plat, Records of Johnson County, Iowa 14 Brickwood Circle N.E., Iowa City, IA 52240 | 400,000.00 | 0.00 | | 0.00 | FA |
| 2 | Financial accounts, financial institution shares  University of Iowa Community Credit Union checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Financial accounts, financial institution shares  University of Iowa Community Credit Union savings account | 5.00 | 0.00 | | 0.00 | FA |
| 4 | Financial accounts, financial institution shares  University of Iowa Community Credit Union savings account | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Financial accounts, financial institution shares  University of Iowa Community Credit Union savings account | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Financial accounts, financial institution shares  University of Iowa Community Credit Union overdrawn, share draft account | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Financial accounts, financial institution shares  Veridian Credit Union checking account | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Financial accounts, financial institution shares  Veridian Credit Union savings account | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Financial accounts, financial institution shares  Veridian Credit Union Checking | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Financial accounts, financial institution shares  Veridian Credit Union Savings, ORA | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Household goods and furnishings  Misc. household furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Wearing apparel  misc. wearing apparel | 100.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-03857  
**Case Name:** VARNER, VERNON PAUL  
  VARNER, LYNDA TOPP  
**Period Ending:** 04/19/13

**Trustee:** (350290) Robert G. Schlegel  
**Filed (f) or Converted (c):** 08/11/09 (f)  
**§341(a) Meeting Date:** 09/22/09  
**Claims Bar Date:** 11/04/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Other contingent claims of every nature<br>  Claims versus Accountants and former partners and others for embezzlement, theft and, mismanagement | 250,000.00 | 250,000.00 | | 12,500.00 | FA |
| 14 | Autos, trucks, trailers, other vehicles, access.<br>  VIN YV1L25644W2437016 1998 Volvo V-70 | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Autos, trucks, trailers, other vehicles, access.<br>  VIn YV1LS5513S1256596 1995 Volvo 850 Sedan | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Office equipment, furnishings, and supplies<br>  Misc. office furnishings and equipment. All quite old with little value. | 500.00 | 0.00 | | 0.00 | FA |
| 17 | coin collection | 1,362.00 | 1,362.00 | | 1,362.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.56 | FA |
| 18 | **Assets**  Totals (Excluding unknown values) | **$656,177.00** | **$251,362.00** | | **$13,863.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

  collected $12,500.76 re settlement claim of debtor; working on administering claims.  
  Investigate claim against McGladdrey-Pullen, CPA's - need to prepare tax returns ; file final report  
  6/12 - working on tax return - finish final report, etc.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2010          **Current Projected Date Of Final Report (TFR):**     January 9, 2013  (Actual)

Printed: 04/19/2013 02:49 PM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-03857 | Trustee: | Robert G. Schlegel (350290) |
| --- | --- | --- | --- |
| Case Name: | VARNER, VERNON PAUL | Bank Name: | The Bank of New York Mellon |
|  | VARNER, LYNDA TOPP | Account: | 9200-******70-65 - Checking Account |
| Taxpayer ID #: | **-***6059 | Blanket Bond: | $19,967,000.00   (per case limit) |
| Period Ending: | 04/19/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/10 | {13} | Zurich American Insurance Company | Litigation Settlement proceeds | 1149-000 | 10,000.00 |  | 10,000.00 |
| 10/18/10 | {13} | Northwestern Mutual | Litigation settlement proceeds | 1149-000 | 2,500.00 |  | 12,500.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 |  | 12,500.07 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.17 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.37 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 |  | 12,500.46 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.56 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.66 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.76 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.86 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,500.96 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 23.97 | 12,476.99 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,477.09 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 29.06 | 12,448.03 |
| 09/26/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | -0.86 | 12,448.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,448.99 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.58 | 12,423.41 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,423.51 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 12,398.51 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,398.61 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 27.17 | 12,371.44 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,371.54 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.41 | 12,346.13 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 |  | 12,346.23 |
| 01/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 26.99 | 12,319.24 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 12,294.24 |
| 03/22/12 | {17} | Dean Oakes Coins and Currency | Sale of coins discovered through adversary case with IRS. | 1129-000 | 1,362.00 |  | 13,656.24 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.84 | 13,630.40 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 26.99 | 13,603.41 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 30.66 | 13,572.75 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 26.88 | 13,545.87 |
| 07/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 29.60 | 13,516.27 |
| 08/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 28.61 | 13,487.66 |

Subtotals :   $13,863.56   $375.90

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-03857 | | Trustee: | Robert G. Schlegel (350290) |
|---|---|---|---|---|
| Case Name: | VARNER, VERNON PAUL | | Bank Name: | The Bank of New York Mellon |
| | VARNER, LYNDA TOPP | | Account: | 9200-******70-65 - Checking Account |
| Taxpayer ID #: | **-***6059 | | Blanket Bond: | $19,967,000.00  (per case limit) |
| Period Ending: | 04/19/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.79 | 13,461.87 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.34 | 13,431.53 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.52 | 13,404.01 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001035029088 20130117 | 9999-000 | | 13,404.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,863.56 | 13,863.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,404.01 | |
| | | | **Subtotal** | | 13,863.56 | 459.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,863.56** | **$459.55** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-03857  
**Case Name:** VARNER, VERNON PAUL  
VARNER, LYNDA TOPP  
**Taxpayer ID #:** **-***6059  
**Period Ending:** 04/19/13

**Trustee:** Robert G. Schlegel (350290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****069565 - Checking Account  
**Blanket Bond:** $19,967,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,404.01 | | 13,404.01 |
| 02/19/13 | 11001 | Internal Revenue Service | Dividend paid 8.53% on $130,737.11; Claim# 6P; Filed: $130,737.11; Reference: | 5800-000 | | 11,152.90 | 2,251.11 |
| 02/19/13 | 11002 | Robert G. Schlegel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,251.11 | 0.00 |
| | | | Dividend paid 100.00%      2,136.36<br>on $2,136.36;  Claim# ;<br>Filed: $2,136.36 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        114.75<br>on $114.75;  Claim# ;<br>Filed: $114.75 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,404.01 | 13,404.01 | $0.00 |
| Less: Bank Transfers | 13,404.01 | 0.00 | |
| **Subtotal** | 0.00 | 13,404.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,404.01** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******70-65** | 13,863.56 | 459.55 | 0.00 |
| **Checking # ****069565** | 0.00 | 13,404.01 | 0.00 |
| | $13,863.56 | $13,863.56 | $0.00 |

{} Asset reference(s)

Printed: 04/19/2013 02:49 PM    V.13.13